Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71621 JTL  
**Case Name:** MERCER, CHARLES L.  
MERCER, ANNA R.  
**Period Ending:** 03/31/13

**Trustee:** (300030) WALTER W. KELLEY  
**Filed (f) or Converted (c):** 04/27/10 (c)  
**§341(a) Meeting Date:** 05/25/10  
**Claims Bar Date:** 03/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1949 GA HWY 111- 1.13 acres - rental property<br>amended by debtor 11-16-10 | 12,000.00 | 0.00 | | 20,350.00 | FA |
| 2 | 20.44 acres LL 150 & 173, 8th<br>amended by debtor 11-16-10 | Unknown | 20,000.00 | | 38,500.00 | FA |
| 3 | 613 Old Albany Road -51 acres- residence<br>amended by debtor 11-16-10 | 70,000.00 | 0.00 | | 0.00 | FA |
| 4 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5 | HHG<br>amended by debtor 11/16/10 | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing<br>amended by debtor 11/16/10 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Georgia Harvesters, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 1992 14x66 Horton Reid mobile home Serial No. H9<br>amended by debtor | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11 | Quit Claim to daughter (u) | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 12 | 6.54 acres and pond (u)<br>amended by debtor 11-16-10 | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$117,400.00** | **$30,000.00** | | **$58,850.00** | **$0.00** |

Printed: 04/30/2013 11:03 AM V.13.13

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-71621 JTL | **Trustee:** (300030) WALTER W. KELLEY | |
| **Case Name:** MERCER, CHARLES L. | **Filed (f) or Converted (c):** 04/27/10 (c) | |
| MERCER, ANNA R. | **§341(a) Meeting Date:** 05/25/10 | |
| **Period Ending:** 03/31/13 | **Claims Bar Date:** 03/21/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

3/31/13  (DB) -- All money collected and Debtors' exemptions surcharged.  Case ready to close.

3/31/12 - obtained title search on Colquitt County realty;  Ameris DSD found and upon further inquiry from Ameris, amount of liens is about $2500; proceeding to sell rental house + 20 acre tract via realtor

March 31, 2011   AP filed to recover equipment sale proceeds.  Filed application to employ Rowell and Motion to sell realty #1 and #2

TDL

2.  20.44 acres: per debtor and former atty. Rodney Allen, this property is free and clear. It is at 2181 Ga HY 133 N. Ask Rowell to look at this for fmv. Determine if any o/s tax liens. Ameris tried to foreclose, but was stopped by injunction. Purchase price in 2003 was $20,000. We think only in Wife's name.  They do not reside there.
3.  FORECLOSED
11: QC to daughter 9/11/08. Tax Assessor value is $8,000. See attached QCD at book 1027 page 0454 Colquitt County.

1. Rental Property at 1949 HY 111 (1.13 acres) . We have objected to exemptions in this property b/c it is only in H's name and is rental property, not residential. Ask Rowell to look at this  for FMV.

**Initial Projected Date Of Final Report (TFR):**  October 2, 2011          **Current Projected Date Of Final Report (TFR):**  December 31, 2013

Printed: 04/30/2013 11:03 AM      V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-71621 JTL | | Trustee: | WALTER W. KELLEY (300030) |
|---|---|---|---|---|
| Case Name: | MERCER, CHARLES L. | | Bank Name: | Rabobank, N.A. |
| | MERCER, ANNA R. | | Account: | ****646066 - Checking Account |
| Taxpayer ID #: | **-***8481 | | Blanket Bond: | $3,580,000.00 (per case limit) |
| Period Ending: | 03/31/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 50,023.34 | | 50,023.34 |
| 01/07/13 | 10101 | KELLEY, LOVETT AND BLAKEY | Attorney fees/expenses per order of 12/28/12 | | | 17,668.91 | 32,354.43 |
| | | KELLEY, LOVETT, & BLAKEY | Trustee Attorney fees per order of 12/28/12    17,070.00 | 3110-000 | | | 32,354.43 |
| | | KELLEY, LOVETT, & BLAKEY | Trustee Attorney expenses per order of 12/28/12    598.91 | 3120-000 | | | 32,354.43 |
| 01/10/13 | 10102 | KELLEY, LOVETT, & BLAKEY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #09-71621, Reimbursement for bond 1/1/13 - 1/1/14 | 2300-000 | | 52.80 | 32,301.63 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.06 | 32,243.57 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.28 | 32,200.29 |
| 03/05/13 | 10103 | CHARLES AND ANNA MERCER | BALANCE OF DEBTORS' EXEMPTIONS - SEE ORDER FILED 2/25/13 | 8100-002 | | 522.00 | 31,678.29 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.77 | 31,633.52 |

```
Account  ****646066

          Balance Forward         0.00
    0     Deposits                0.00          3  Checks            18,243.71
    0     Interest Postings       0.00          3  Adjustments Out      146.11
          Subtotal                0.00          0  Transfers Out          0.00
    0     Adjustments In          0.00             Total             18,389.82
    1     Transfers In       50,023.34
          Total              50,023.34
```

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-71621 JTL  
**Case Name:** MERCER, CHARLES L.  
MERCER, ANNA R.  
**Taxpayer ID #:** **-***8481  
**Period Ending:** 03/31/13

**Trustee:** WALTER W. KELLEY (300030)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******87-66 - Checking Account  
**Blanket Bond:** $3,580,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/26/12 | | Lester Castellow/Martin David Williams | Sale of Real Estate | | | 15,511.82 | | 15,511.82 |
| | {1} | | Gross Proceeds Sale of Real Estate | 20,350.00 | 1110-000 | | | 15,511.82 |
| | | | county taxes 11/16/12 - 12/31/12 | 37.83 | 2820-000 | | | 15,511.82 |
| | | Rowell Auctions | commission | -1,850.00 | 3610-000 | | | 15,511.82 |
| | | Rowell Auctions | expenses | -2,500.00 | 3620-000 | | | 15,511.82 |
| | | Lester Castellow | Doc Prep & title work | -225.00 | 2500-000 | | | 15,511.82 |
| | | Colquitt Co. Tax Commissioner | 2012 Ad Valorem Taxes | -301.01 | 2820-000 | | | 15,511.82 |
| 11/26/12 | | Lester Castellow/Bobby fountain | Sale of Real Estate | | | 34,635.80 | | 50,147.62 |
| | {2} | | Gross Proceeds from Sale of Real Estate | 38,500.00 | 1110-000 | | | 50,147.62 |
| | | | 11/16/12 - 12/31/12 county taxes | 20.01 | 2820-000 | | | 50,147.62 |
| | | Rowell Auctions | Commission | -3,500.00 | 3610-000 | | | 50,147.62 |
| | | Lester Castellow | Doc Prep & title work | -225.00 | 2500-000 | | | 50,147.62 |
| | | Colquitt Co. Tax Commissioners | 2012 Ad Valorem Taxes | -159.21 | 2820-000 | | | 50,147.62 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 50,122.62 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 99.28 | 50,023.34 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030003088 20130103 | | 9999-000 | | 50,023.34 | 0.00 |

Subtotals :  $50,147.62  $50,147.62

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-71621 JTL  
**Case Name:** MERCER, CHARLES L.  
MERCER, ANNA R.  
**Taxpayer ID #:** **-***8481  
**Period Ending:** 03/31/13  

**Trustee:** WALTER W. KELLEY (300030)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******87-66 - Checking Account  
**Blanket Bond:** $3,580,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Account 9200-******87-66

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 2   Deposits | 50,147.62 | 0   Checks   0.00 |
| 0   Interest Postings | 0.00 | 2   Adjustments Out   124.28 |
| Subtotal | 50,147.62 | 1   Transfers Out   50,023.34 |
| 0   Adjustments In | 0.00 | Total   50,147.62 |
| 0   Transfers In | 0.00 | |
| Total | 50,147.62 | |

Net Receipts :  50,147.62  
Plus Gross Adjustments :  8,702.38  
Less Payments to Debtor :  522.00  

Net Estate :  $58,328.00  

Case Totals

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 2   Deposits | 50,147.62 | 3   Checks   18,243.71 |
| 0   Interest Postings | 0.00 | 5   Adjustments Out   270.39 |
| Subtotal | 50,147.62 | 1   Transfers Out   50,023.34 |
| 0   Adjustments In | 0.00 | Total   68,537.44 |
| 1   Transfers In | 50,023.34 | |
| Total | 100,170.96 | Net Total Balance   31,633.52 |

{} Asset reference(s)

Printed: 04/30/2013 11:03 AM   V.13.13